```
1  LAW OFFICES OF BILL LATOUR
2  JEJSSICA WARREN [CSBN: 257274]
      1420 E. Cooley Dr., Suite 100
3     Colton, California 92324
4     Telephone: (909) 954-2380
      Facsimile: (909) 796-3402
5     E-Mail: fed.latour@yahoo.com
6
7  Attorney for Plaintiff
```

U.S. DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SO'JOURNER JOHNSON, | No: 5:22-cv-01404-JPR |
| Plaintiff, | ORDER AWARDING EAJA FEES |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of FIVE THOUSAND ONE HUNDRED DOLLARS AND 00/100 ($5,100.00) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: 8/3/2023

_____
HON. JEAN P. ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE